UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAMARA D. MOORE**                                    **CIVIL ACTION**

**VERSUS**                                             **NO:   25-02577**

**DAVID P. STEINER, ET. AL**                           **SECTION: "C" (4)**

### ORDER AND REASONS

Plaintiff Tamara D. Moore ("Moore") files a **Motion for Appointment of Counsel** (**R. Doc. 3**) requesting appointment of counsel.

**I.   Factual Summary and Analysis**

Moore, filed this lawsuit contending that she was discriminated against but does not list the type of discrimination that occurred pursuant to Title VII. R. doc. 1. Moore also claims that she was discriminated against via Americans with Disabilities Act due to a disability which she does not identify and the Rehabilitation Act of 1973 under Louisiana Law. Id.

Moore also alleges that she was subjected to unequal terms and conditions of her employment and harassment. Id. According to Moore the discrimination began on November 7, 222 through May 2024 presumably as an employee of the postal service. Id. She generally alleges that she received several absent without leave notices in her personnel file. Id.

She seeks their removal of all AWOLs in her personnel file, compensation for her lost wages, unrequested sick leave and annual leave. Id. She also seeks the removal of Postmaster Aldo Johnson who she generally alleges that he harassed her but does not provide any further details. Id. Moore also named Willie Williams ( Postmaster), Courtney Williams (Postmaster), Supervisor and Tybryson Miller (her Supervisor). Id. It is also unclear if Moore sustained an adverse employment action. Id.

On December 31, 2025, Moore filed the subject motion seeking the appointment of counsel. R.doc. 3. On January 7, 2026, the Court order Moore to supplement her request by certifying in writing the steps he has taken to secure counsel on her own. As of the date of this opinion Moore has failed to comply with the order of January 7, 2026.

## II.     Conclusion

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion to Appointment of Counsel (R. Doc. 3)** is **DENIED.**

New Orleans, Louisiana, this 9th day of March 2026.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**